Benjamin F. Prichard, Respondent, v. Security Mutual Life Insurance Company, Appellant.— Appeal dismissed, unless within twenty days appellant file and serve the printed papers on appeal and pay to plaintiff's attorney ten dollars costs of the motion, and stipulate that the case be ready for argument on the first Wednesday of the May term.

William E. Pease, Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented upon the ground that the motion for a new trial upon the ground of newly-discovered evidence should be granted. (See opinion by Williams, J., on decision of appeal from order denying motion for new trial upon ground of newly-discovered evidence in same case, decided at this term of court, *ante*, p. 458.)

Skaneateles Paper Company, Plaintiff, v. The National Fire Insurance Company of Onondaga County, Respondent. In the Matter of the Claim of John F. O'Brien, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the City of Buffalo, Respondent, to Acquire Lands in Fee Simple for the Purpose of Opening and Extending Morgan Street, etc. Esther E. Ellwood and Grant H. Thompson, Landowners, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Lehigh Valley Railway Company, Appellant, v. The State Board of Tax Commissioners, Respondent. (Tax of 1909.)— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of the decision rendered at this term of court in *People ex.rel. Buffalo Gas Co.* v. *Board of Tax Commissioners* (*ante*, p. 358). All concurred, except Spring and Kruse, JJ., who dissented upon the grounds stated in the dissenting opinion by Spring, J., in that case (*ante*, p. 363).

Richard W. Sherman, Respondent, v. Harry M. Levengston, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Memorandum by Williams, J.* All concurred.

Charles A. Wheeler, as Administrator, etc., of William S. Wheeler, Deceased, Appellant, v. Cuyler E. Carr, as Executor, etc., of Laura F. Beardsley, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the ground that the court properly exercised its discretion. All concurred, except Spring and Williams, JJ., who dissented upon the ground that the motion was granted on the sole ground that the plaintiff was a non-resident of the State, and not as matter of discretion.

In the Matter of the Application of the City of Buffalo, Respondent, to Acquire Lands in Fee Simple for the Purpose of Opening and Extending Morgan Street, etc. Mary E. Adams, Landowner, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Wire and Telephone Company of America, Respondent, v. Waterbury Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented.

---

* Not furnished reporter.— [REP.